IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| MARCUS Q. BUTLER, | ) |
| Plaintiff, | ) ) ) |
| v. | ) ) |
| LT. BLAND, et al., | ) ) |
| Defendants. | ) Civil Action No. 3:16-CV-3498-C |

## ORDER

On this day, the Court considered Plaintiff Marcus Q. Butler's Motion to "Stop All Process" and "Stop Monthly Installments," filed January 27, 2017. The United States Magistrate Judge entered his Findings, Conclusions, and Recommendation on February 9, 2017, recommending that Butler's motion be denied and that the Court summarily dismiss this action with prejudice for failure to state a cognizable claim. Butler failed to file any objections to the Magistrate Judge's recommendation and the time to do so has now expired.

The Court has reviewed the Findings, Conclusions, and Recommendation for clear error and finds none. It is therefore **ORDERED** that the Findings, Conclusions, and Recommendation are hereby **ADOPTED** as the findings and conclusions of the Court. Butler's "motion" seeking to be relieved of his obligation to pay the ordered filing fee under the PLRA is **DENIED** and the above-styled and -numbered civil action is **DISMISSED** pursuant to 28 U.S.C. § 1915(e)(2)(B). All pending motions are **DENIED** and all relief not expressly granted by this Order is **DENIED**.

SO ORDERED this 1st day of May, 2017.

SAM R. CUMMINGS
SENIOR UNITED STATES DISTRICT JUDGE